**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SHARON WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:16-CV-1791-N-BH |
| CITY OF DALLAS, | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, the plaintiff's claims will be dismissed without prejudice for lack of subject matter jurisdiction.

SIGNED this 9th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE